UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13570-RWZ

MARK ANTHONY MASON

v.

NANCY A. BERRYHILL,[*]
Acting Commissioner of the Social Security Administration

ORDER

February 12, 2019

ZOBEL, S. D.J.

In light of defendant's updated response (Docket # 30) and the court's determination that plaintiff's counsel's requested fees are reasonable, the motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $23,259.00 (Docket # 26) is hereby allowed without objection by defendant.

Accordingly, plaintiff's counsel shall return to plaintiff $6,418.22, which represents the fees already received pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).

|  February 12, 2019  | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |

---

[*] Pursuant to Fed. R. Civ. P. 25(d), Nancy A. Berryhill has been substituted for Carolyn W. Colvin as Acting Commissioner of the Social Security Administration.